UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24100-MC-ALTONAGA

**THE LANCE AND LINDA
NEIBAUER JOINT TRUST**,

      Plaintiff,
v.

**MICHAEL J. KURGAN**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Michael Kurgan's Motion for Protective Order [ECF No. 3], and Non-Parties Matesco, Service Wing Healthcare, and Service Wing Solutions' Motions for Protective Order [ECF Nos. 4–5], all filed November 8, 2017. Local Rule 7.1(a)(3) of the United States District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

S.D. FLA. L.R. 7.1(a)(3) (alterations and emphasis added). The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* (alterations added). Counsel for Defendant and the non-party movants has not certified he conferred or made reasonable efforts to confer with Plaintiff in accordance with Local Rule 7.1(a)(3). (*See generally* Mot.). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 3–5]** are **DENIED without**

**prejudice**. Defendant, Matesco, Service Wing Healthcare, and Service Wing Solutions are directed to file a consolidated motion compliant with the Local Rules.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record